IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00763-DME-KMT

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

ROBERT ORLOWSKI,
DEBORAH CHRISTINE MORRISON,
EVERGREEN ASSETS, LLC
MICAIAH FOUNDATION,
HINSDALE ASSET MANAGEMENT, and
FORTRESS MANAGEMENT, LLC,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Correspondence Requesting Signature on Order" (#50, filed July 7, 2008) is **DENIED**. Section V.N.2 of the ECF Procedures for the District of Colorado states:

> **Same Force and Effect.** Any order or other court-issued document filed electronically without the manual signature of a judicial officer or clerk has the same force and effect as if the judicial officer or clerk had signed a paper copy of the order and it had been entered on the docket in a conventional manner.

Dated: July 8, 2008