IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00763-DME-KMT

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

ROBERT ORLOWSKI,
DEBORAH CHRISTINE MORRISON,
EVERGREEN ASSETS, LLC
MICAIAH FOUNDATION,
HINSDALE ASSET MANAGEMENT, and
FORTRESS MANAGEMENT, LLC,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion to Strike Defendant Morrison and Orlowski's Notice of Default (Docket # 39) (#47, filed July 3, 2008) is **DENIED** as moot. The Clerk's Office refused an entry of default (*see* Doc. No. 52).

Dated: July 11, 2008