IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00763-DME-KMT


AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

     Plaintiff,

v.

ROBERT ORLOWSKI,
DEBORAH CHRISTINE MORRISON,
EVERGREEN ASSETS, LLC,
MICAIAH FOUNDATION,
HINSDALE ASSET MANAGEMENT, and
FORTRESS MANAGEMENT, LLC,

     Defendants.

---

**ORDER**

---

     This matter is before the court on Plaintiff's "Motion for Fed. R. Civ. P. 67 Deposit in

Court" [Doc. No. 68, filed July 22, 2008].

     Plaintiff is ORDERED to submit a detailed, itemized accounting of the property it seeks

to deposit with the court no later than August 4, 2008.

     Dated this 28th day of July, 2008.

                    BY THE COURT:


                    s/ Kathleen M. Tafoya
                    KATHLEEN M. TAFOYA
                    United States Magistrate Judge