IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00763-DME-KMT

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

ROBERT ORLOWSKI,
DEBORAH CHRISTINE MORRISON,
EVERGREEN ASSETS, LLC,
MICAIAH FOUNDATION,
HINSDALE ASSET MANAGEMENT, and
FORTRESS MANAGEMENT, LLC,

    Defendants.

---

## AMENDED ORDER

---

This matter is before the court on Plaintiff's "Motion for Fed. R. Civ. P. 67 Deposit in Court" [Doc. No. 68, filed July 22, 2008] and the Plaintiff's "Supplement to Motion for Fed. R. Civ. P. 67 Deposit in Court" [Doc. No. 92, filed August 4, 2008].

Having reviewed the matter and for good cause shown, it is hereby **ORDERED**

    1.    The Motion for Fed. R. Civ. P. 67 Deposit in Court" [Doc. No. 68] and the "Supplement to Motion for Fed. R. Civ. P. 67 Deposit in Court" [Doc. No. 92] are **GRANTED**.

    2.    The Clerk of the Court for the United States District Court for the District of Colorado is directed to receive a deposit from the Plaintiff consisting of the following property

items, each more full described as noted in Exhibit A to Plaintiff's Supplement to Motion [Doc. No. 92-2]:

a. one 18KT white gold ladies cast and assembled diamond unity ring, radiant shape cut diamond, 1.07 CT, identified on attached Exhibit A as "4 LADIES RING";

b. 14KT white gold ladies cast and assembled diamond unity ring, marquise shaped cut diamond, 1.04 CT, identified on attached Exhibit A as "5 UNITY RING";

c. 18KT white gold ladies cast diamond unity ring, princess cut diamond, 1.04 CT, identified on attached Exhibit A as "6 LADIES RING";

d. 14KT white gold ladies cast and assembled diamond unity ring, oval shaped cut diamond, 1.01 CT, identified on attached Exhibit A as "8 LADIES RING".

e. Pear-shaped diamond, loose stone, approx. 2.20 cts.

Dated this 8th day of August, 2008

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge