# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 08-cv-00763-DME-KMT | FTR |
| Date: March 16, 2009 | Ginny Kramer/Debra Brown, Deputy Clerk |

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE CO. | Clayton D. Manceaux <br> Michael S. Power |
| Plaintiff. | |
| v. | |
| ROBERT ORLOWSKI | Pro se |
| DEBORAH CHRISTINE MORRISON | Pro se |
| EVERGREEN ASSETS, LLC | |
| MICAIAH FOUNDATION | |
| HINSDALE ASSET MANAGEMENT | |
| FORTRESS MANAGEMENT, LLC | |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 9:05 a.m.**

Court calls case.  Appearance by counsel.

Plaintiff's "MOTION to Enforce Settlement Agreement" [Document #131, filed October 15, 2008] at issue.
Statements by Mr. Orlowski.
Statements by Mr. Power.

- **ORDERED:** Plaintiff's "MOTION to Enforce Settlement Agreement" [Document #131, filed October 15, 2008] is **GRANTED for the reasons stated on the record.**

- **ORDERED:** On or before March 23, 2009, Plaintiff shall submit to the Court at tafoya_chambers@cod.uscourts.gov  Proposed Findings of Fact and Conclusions of Law.

- **ORDERED:** Defendants shall have up to and including April 10, 2009 to file any objections.

**Court in recess: 10:00 a.m.**    Total In-Court Time 0:55; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.