IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00763-DME-KMT

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff,

v.

ROBERT ORLOWSKI,
DEBORAH CHRISTINE MORRISON,
EVERGREEN ASSETS, LLC
MICAIAH FOUNDATION,
HINSDALE ASSET MANAGEMENT, and
FORTRESS MANAGEMENT, LLC,

Defendants.

---

**ORDER**

---

Plaintiff's Motion to Enforce Settlement Agreement [Doc. No. 131] came before this court for hearing on March 16, 2009. The Minutes reflect that the Motion was granted pending submission of proposed findings of fact by the plaintiff and an opportunity of defendants to object to the same. [Doc. No. 144.] Upon further review, this court has determined that the Motion to Enforce Settlement Agreement, at least in part, should be considered pursuant to Title 28 U.S.C. § 636(b)(1)(B) and (C) since the granting of such a motion would necessarily result in ultimate dismissal of the action.

The Clerk of the Court is directed to reinstate the Motion to Enforce Settlement Agreement [Doc. No. 131] as a pending Motion, taken under advisement by this court. The

Magistrate Judge will issue a written Recommendation to the District Court.

Dated this 15th day of April, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge