IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00763-DME-KMT

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

       Plaintiff,

v.

ROBERT ORLOWSKI,
DEBORAH CHRISTINE MORRISON,
EVERGREEN ASSETS, LLC,
MICAIAH FOUNDATION,
HINSDALE ASSET MANAGEMENT, and
FORTRESS MANAGEMENT, LLC,

       Defendants.

**ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court upon Magistrate Judge Tafoya's Recommendation of April 15, 2009 (Doc. #149). Judge Tafoya recommended that this Court (1) grant Plaintiff's Motion to Enforce Settlement Agreement (Doc. #131); (2) distribute items in the Court Registry pursuant to the terms of the settlement agreement, as summarized in the Recommendation; and (3) dismiss this lawsuit with prejudice. Neither party filed objections to the Recommendation.

<u>Standard of review</u>

Because neither party filed objections to the Recommendation, this Court may apply, in its "considerable discretion," "any standard [of review] it deems appropriate."

-2-

Summers v. State of Utah, 927 F.2d 1165, 1167-68 (10th Cir. 1991).  Indeed, the Supreme Court has explained that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."  Thomas v. Arn, 474 U.S. 140, 150 (1985).

Here, the Court has reviewed Judge Tafoya's careful and detailed Recommendation to ensure that there is no "clear error on the face of the record."  See Strepka v. Sailors, 494 F. Supp. 2d 1209, 1215 (D. Colo. 2007).  Having done so, the Court adopts the Recommendation in full.

Therefore, Plaintiff's Motion to Enforce Settlement Agreement (Doc. 131) is GRANTED.  It is ORDERED that the parties execute the "Settlement Agreement and Mutual Release of All Claims" attached to the Motion as Exhibit H.  It is further ORDERED that property held in the Court Registry be distributed according to the terms of that Agreement, as summarized in the Recommendation (id. at 10-11).

All claims and counterclaims in this lawsuit are hereby dismissed with prejudice in their entirety.  Each party is to bear its own costs and fees.

This order disposes of all remaining issues and claims in this case; accordingly, this case is CLOSED.

-3-

DATED at Denver, Colorado, this 15th day of June, 2009.

BY THE COURT:

*s/ David M. Ebel*
_____
David M. Ebel
United States Circuit Judge